```
1  KASSRA P. NASSIRI (215405)
   knassiri@nassiri-jung.com
2  CHARLES H. JUNG (217909)
   cjung@nassiri-jung.com
3  NASSIRI & JUNG LLP
   251 Kearny Street, Suite 501
4  San Francisco, California  94108
   Telephone:    (415) 762-3100
5  Facsimile:    (415) 534-3200
```

Attorneys for Plaintiff Mike Robertson

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MIKE ROBERTSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC., a Delaware corporation, and DOES 1-50, inclusive,<br><br>Defendant. | Case No.<br><br><u>CLASS ACTION</u><br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 31, 2010

Respectfully submitted,
NASSIRI & JUNG LLP

Kassra P. Nassiri
Attorneys for Plaintiff