

IT IS SO ORDERED AS MODIFIED

Judge James Ware

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DAVID GOULD, an individual, on behalf of himself and all others similarly situated, <br> _____ <br> Mike Robertson, <br>              *Plaintiffs,* <br> v. <br> FACEBOOK, INC., a Delaware corporation, <br>              *Defendant.* | Case No. 10-cv-02389-JW <br> Case No. 10-cv-02408-JF <br><br> **STIPULATION IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

**STIPULATION**

Mike Robertson, plaintiff in *Robertson v. Facebook, Inc.*, Case No. 10-cv-02408-JF ("*Robertson*"), and David Gould, plaintiff in the above-captioned case ("*Gould*"), acting through their respective attorneys of record, stipulate as follows:

1. The *Gould* complaint was filed on May 28, 2010;

2. The *Robertson* complaint was filed on June 1, 2010;

3. For the reasons set forth in plaintiff Robertson's Administrative Motion to Consider Whether Cases Should Be Related, the *Gould* and *Robertson* matters should be related cases under Civil Local Rule 3-12.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: July 21, 2010 | NASSIRI & JUNG LLP |
| | By: /s/ Kassra P. Nassiri |
| | Kassra P. Nassiri |
| | Attorneys for Plaintiff Mike Robertson |
| Dated: July 21, 2010 | EDELSON MCGUIRE LLC |
| | By: /s/ Michael J. Aschenbrener |
| | Michael J. Aschenbrener (*pro hac vice pending*) |
| | Attorneys for Plaintiff David Gould |

**\*\*\* ORDER \*\*\***

The parties for both cases shall appear for a Case Management Conference on **September 13, 2010 at 10 a.m.** On or before **September 3, 2010**, the parties shall file a Joint Case Management Statement. The Statement shall include a good faith discovery plan with a proposed date for the close of all discovery. In addition, the parties shall address whether the cases should be consolidated into one action.

Dated: July 26, 2010

_____
JAMES WARE
United States District Judge